UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ FEB 19 2019 ★

BROOKLYN OFFICE

SHULEM FURTH
on behalf of himself and
all other similarly situated consumers,

　　　　Plaintiff,

v.　　　　　　　　　　　　　　　　　　Case No.: 1:18-cv-04374-ILG-RER

NORTHLAND GROUP INC.

　　　　Defendant.
_____/

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the Plaintiff and Defendant Radius Global Solutions LLC, formerly known as Northland Group LLC, f/k/a Northland Group, Inc., that all claims asserted in the above-captioned action are hereby dismissed with prejudice with each party to bear its own respective costs and fees.

/s/ Adam J. Fishbein
Adam J. Fishbein, P.C. (AF-9508)
Attorney At Law
735 Central Avenue
Woodmere, New York 11598
Telephone: (516) 668-6945
Email: fishbeinadamj@gmail.com
Attorney for Plaintiff

/s/ Aaron R. Easley
Aaron R. Easley, Esq. (ae9922)
Sessions, Fishman, Nathan & Israel
3 Cross Creek Drive
Flemington, New Jersey 08822-4938
Telephone: (908) 237-1660
Email: aeasley@sessions.legal
Attorney for Defendant

So Ordered
s/I. Leo Glasser, USDJ
2/19/19